

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, N.Y. 11201*

September 18, 2013

**By Email**
Jaime L. Turton
United States Probation Officer
Eastern District of New York

      Re:  United States v. Joseph Bux
           Criminal Docket No. 11-486 (DLI)

Dear Officer Turton:

      The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant, who is scheduled to be sentenced on December 12, 2013.

      In addition to the offense conduct detailed in Part A of the PSR, it should also be noted that the defendant was sent by co-defendant Gjavit Thaqi to California in November 2010 for the purpose of negotiating the purchase of a 100 pound load of marijuana.  A 30 pound test load of marijuana was to be transported from California to the New York area.  If it worked, Thaqi, co-defendant Hasan Kurti and the defendant would arrange for regular 100 pound shipments of marijuana, which they would then distribute.

      The government has no other objections or proposed corrections to the PSR.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney
                            Eastern District of New York

                By:         /s/
                      Gina M. Parlovecchio
                      Assistant United States Attorney
                      (718) 254-6228

cc: Richard Jasper, Esq. (by ECF)
    The Honorable Dora L. Irizarry (by Hand and ECF)